IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RUSSELL W. KING,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )       1:24-cv-664
                                    )
SOUTHWIRE COMPANY, LLC,             )
                                    )
            Defendant.              )

**ORDER**

This matter is before the court on Defendant's Motion to Continue Trial. (Doc. 40.) The trial of this case is currently set during the court's August 2026 Civil Trial Calendar, which is scheduled to begin on August 3, 2026, (see Doc. 39). Counsel for Defendant moves the court to continue the trial date until such time as the summary judgment motion, (Doc. 19), is decided.

The court is presently reviewing the motion for summary judgment. The court also anticipates this matter will be set for a settlement conference in the near future. In addition to the settlement conference, the court will hold oral argument on the motion for summary judgment and anticipates the summary judgment will be resolved prior to the trial date.

Ordinarily, "[t]he pendency of summary judgment motions will not serve to delay trial on the date set by the Court in accordance with LR 40.1." LR 56.1(f). Here, the court does not

find trial should be delayed after consideration of all circumstances. The motion will be denied without prejudice.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Continue Trial, (Doc. 40), is **DENIED WITHOUT PREJUDICE.**

The Clerk is directed to set this matter for a settlement conference and argument on the motion for summary judgment.

This the 2nd day of July, 2026.

_____
United States District Judge

- 2 -